IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,

    Plaintiff,

  v.

GMRI, INC, and DARDEN RESTAURANTS, INC.,

    Defendants.

No. C 13-01302 WHA

**ORDER RE REQUEST FOR TRANSFER**

Before ruling on the parties' joint request to transfer, both counsel shall please file declarations stating the extent to which, if at all, the request for transfer is motivated in whole or in part by Docket Number 13. The declarations must be filed by **NOON ON APRIL 22**.

Dated: April 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE